UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GREYSTOKE, <br><br> Plaintiff, <br><br> v. <br><br> WISS CORP; GREY DAVIS, <br><br> Defendants. | CASE NO. C17-5345 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED without prejudice**, and all pending motions are **DENIED as moot**;

(3) This dismissal constitutes a strike under 28 U.S.C. § 1915(g).

Dated this 8th day of August, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER